MICHAEL G. WILLIAMS, State Bar No. 274357
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:      (650) 493-9300
Facsimile:      (650) 565-5100
Email:  mwilliams@wsgr.com

Attorneys for Defendant iYogi, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> IYOGI, INC., a New York corporation, <br><br> Defendant. | CASE NO.:  2:13-cv-01989-WBS-CKD <br><br> **JOINT STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS** <br><br> **[E.D. Cal Local Rule 144(a)]** |

1    IT IS HEREBY STIPULATED AND AGREED by and between the

2  undersigned that:

3    WHEREAS, Plaintiffs Vicki Estrada, Patricia Goodman and Kim

4  Williams-Britt ("Plaintiffs") filed their Complaint on September

5  23, 2013;

6    WHEREAS, Plaintiffs have submitted an affidavit of service

7  attesting that the Complaint was served on Defendant on October

8  9, 2013;

9    WHEREAS, pursuant to the Federal Rules of Civil Procedure,

10  and assuming proper service of the Complaint was affected on

11  October 1, 2013, Defendant has until October 30, 2013 to respond

12  to the Complaint;

13    WHEREAS, there have been no prior stipulations or orders

14  extending the time for Defendant to respond to Plaintiffs'

15  Complaint;

16    WHEREAS, the parties agree to an extension of time not

17  greater than 28 days for Defendant to respond to the Complaint,

18  such that Defendant will file and serve its response to the

19  Complaint on or before November 27, 2013.

20    THEREFORE, IT IS STIPULATED AND AGREED, by and between the

21  parties, through their respective attorneys of record, as

22  follows:

23

24

25

26

27

28
                                  -1-

1          1.    Pursuant to Local Rule 144, Defendant shall file and

2    serve its response to Plaintiffs' Complaint on or before November

3    27, 2013.

4

5    Dated:  October 24, 2013          WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation
6

7                                      By: /s/ Michael G. Williams
                                           Michael G. Williams
8
                                       Attorneys for Defendant,
9                                      iYogi, Inc.

10

11
     Dated:  October 24, 2013          THE REIS LAW FIRM, A.P.C.
12                                     30021 Tomas Street, Suite 300
                                       Rancho Santa Margarita, CA  92688
13                                     Telephone:  (949) 713-9440

14
                                       By: /s/ Sean P. Reis (as authorized
15                                         on 10/21/13)
                                             Sean P. Reis
16
                                       EDELSON LLC
17                                     JAY EDELSON*
                                       RAFEY S. BALABANIAN*
18                                     CHRISTOPHER DORE*
                                       BENJAMIN H. RICHMAN*
19                                     350 North LaSalle Street,
                                       Suite 1300
20                                     Chicago, IL 60654
                                       Telephone: (312) 589-6370
21
                                       LAW OFFICES OF STEFAN COLEMAN, LLC
22                                     STEFAN COLEMAN*
                                       201 S. Biscayne Blvd., 28th Floor
23                                     Miami, FL 33131
                                       Telephone: (877) 333-9427
24
                                       *(Admission *pro hac vice* to be
25                                     filed)

26                                     Attorneys for Plaintiffs

27

28
                                       -2-