**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Estrada, et al.,

                Plaintiff(s),

v.

iYogi, Inc.,

                Defendant(s).

Case No. 2:13-cv-1989 WBS CKD

I, __Rafey S. Balabanian__, attorney for __Plaintiffs, Vicki Estrada, Patricia Goodman, and Kim Williams-Britt__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Edelson LLC |
| Address: | 350 North LaSalle Street, Suite 1300 |
| City: | Chicago |
| State: | IL    ZIP Code: 60654 |
| Voice Phone: | ( 312 )  589-6370 |
| FAX Phone: | ( 312 )  589-6378 |
| Internet E-mail: | rbalabanian@edelson.com |
| Additional E-mail: | |
| I reside in City: | Chicago    State: Illinois |

I was admitted to practice in the __Supreme Court of Illinois__ (court) on __November 10, 2005__ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) _____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: __Sean P. Reis  (No. 184044)__

Firm Name: __Edelson McGuire, LLP__

Address: __30021 Tomas Street, Suite 300__

City: __Rancho Santa Margarita__

State: __CA__     ZIP Code: __92688__

Voice Phone: ( __949__ ) __459-2124__

FAX Phone: ( __949__ ) __459-2123__

E-mail: __sreis@edelson.com__

Dated: __10/18/2013__     Petitioner: __s/ Rafey S. Balabanian__

**ORDER**

IT IS SO ORDERED.          Dated: October 28, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE