John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:    +1.949.851.3939
Facsimile:    +1.949.553.7539

Attorneys for Defendant
iYOGI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**IYOGI, INC., a New York corporation,**<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br><br>Complaint filed:  9/23/13 |

### [~~PROPOSED~~] ORDER

Upon consideration of the parties' Stipulation To Extend Time To Respond To Complaint, and the Supporting Declaration of John A. Vogt, Defendant's deadline to respond to the Complaint is extended to December 18, 2013.

SO ORDERED.

Dated:  November 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE