| | |
|---|---|
| 1 | John A. Vogt (State Bar No. 198677) |
|  | javogt@JonesDay.com |
| 2 | Ann T. Rossum (State Bar No. 281236) |
|  | atrossum@JonesDay.com |
| 3 | JONES DAY |
|  | 3161 Michelson Drive, Suite 800 |
| 4 | Irvine, CA 92612-4408 |
|  | Telephone:  949.851.3939 |
| 5 | Facsimile:  949.553.7539 |
| 6 | Jayant W. Tambe* |
|  | jtambe@JonesDay.com |
| 7 | JONES DAY |
|  | 222 East 41st Street |
| 8 | New York, NY  10017.6702 |
|  | Telephone:  212.326.3939 |
| 9 | Facsimile:  212.755.7306 |
| 10 | J. Todd Kennard* |
|  | jtkennard@JonesDay.com |
| 11 | Brandy H. Ranjan* |
|  | branjan@JonesDay.com |
| 12 | JONES DAY |
|  | 325 John H. McConnell Blvd., Suite 600 |
| 13 | P.O. Box 165017 |
|  | Columbus, OH  43216-5017 |
| 14 | Telephone:  614.469.3939 |
|  | Facsimile:  614.461.4198 |
| 15 | |
|  | Attorneys for Defendant |
| 16 | iYOGI, INC. |
| 17 | *Motions for admission pro hac vice pending. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>iYOGI, INC., a New York corporation,<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**iYOGI, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT**<br><br>Hearing Date:  January 27, 2014<br>Hearing Time:  2:00 p.m.<br>Location:  Courtroom 5 |

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 27, 2014 at 2:00 p.m., or as soon thereafter as counsel may be heard by the Honorable William B. Shubb, Courtroom 5, United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814, Defendant iYogi, Inc. ("Defendant") will and hereby does move to partially dismiss plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendant iYogi, Inc. seeks to dismiss Counts I through III in whole and Count IV with respect to Plaintiff Williams-Britt and the "Do Not Call Registry" Class for failure to state a claim. This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the complaint, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: December 18, 2013                    JONES DAY

By: */s/ John A. Vogt*
     John A. Vogt
ATTORNEYS FOR DEFENDANT
iYOGI, INC.