1 | John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
2 | Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
3 | JONES DAY
3161 Michelson Drive
4 | Suite 800
Irvine, CA  92612.4408
5 | Telephone:	+1.949.851.3939
Facsimile:	+1.949.553.7539
6 |
7 | Attorneys for Defendant
iYOGI, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**IYOGI, INC., a New York corporation,**<br><br>**Defendant.** | **Case No. 2:13-cv-01989-WBS-CKD**<br><br>**ORDER ON STIPULATION TO STAY DEFENDANT'S TIME TO RESPOND TO COUNT IV OF PLAINTIFFS' COMPLAINT**<br><br>Complaint filed:  9/23/13 |

# [~~PROPOSED~~] ORDER

Upon consideration of the parties' Stipulation To Stay Defendant's Time To Respond To Count IV of Plaintiffs' Complaint, Defendant iYogi, Inc.'s deadline to respond to Count IV of Plaintiffs' Complaint is stayed until the Court issues a ruling on Defendant's forthcoming motion to dismiss.

SO ORDERED.

Dated: December 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE