1 | John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
2 | Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
3 | JONES DAY
3161 Michelson Drive
4 | Suite 800
Irvine, CA  92612.4408
5 | Telephone:     +1.949.851.3939
Facsimile:      +1.949.553.7539
6
Jayant W. Tambe*
7 | jtambe@jonesday.com
JONES DAY
8 | 222 East 41st Street
New York, NY 10017-6702
9 | Telephone:     +1.212.326.3939
Facsimile:      +1.212.755.7306
10
J. Todd Kennard*
11 | jtkennard@JonesDay.com
Brandy H. Ranjan*
12 | branjan@JonesDay.com
JONES DAY
13 | 325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
14 | Telephone:     +1.614.469.3939
Facsimile:      +1.614.461.4198
15
*Admitted *pro hac vice*
16
Attorneys for Defendant iYOGI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**IYOGI, INC., a New York corporation,**<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**STIPULATION RELATED TO MOTION TO DISMISS AND PRIOR ORDER RE:  STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br><br>Complaint filed:  9/23/13 |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that: |
| 2 | WHEREAS, on December 18, 2013 defendant iYogi, Inc. filed a motion to dismiss |
| 3 | Counts I, II, and III and part of Count IV; |
| 4 | WHEREAS, the Court on December 19, 2013 entered an Order staying the deadline for |
| 5 | iYogi to respond to Count IV in light of the motion to dismiss; |
| 6 | WHEREAS, the parties agree that in light of the motion to dismiss the filing of a joint |
| 7 | status report, a preliminary conference (currently scheduled for January 6, 2014), and initial |
| 8 | disclosures should be deferred until after the Court has the opportunity to address the motion to |
| 9 | dismiss, which the parties are in the process of briefing; |
| 10 | WHEREAS, iYogi, Inc. previously filed a copy of its corporate disclosure statement |
| 11 | through prior counsel (attached as Exhibit A). |
| 12 | THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties through |
| 13 | counsel as follows: |
| 14 | 1. The parties shall submit a joint status report within 14 days after the Court rules |
| 15 | on the defendant's motion to dismiss. The parties shall be prepared to discuss issues related to a |
| 16 | joint status report at the January 27, 2014 hearing on the motion to dismiss. |
| 17 | 2. The parties shall exchange the disclosures required by Rule 26 within 21 days |
| 18 | after the Court rules on defendant's motion to dismiss. |
| 19 | 3. The conference scheduled for January 6, 2014 is cancelled. |
| 20 | Dated: December 23, 2013          JONES DAY |
| 21 | |
| 22 | By: */s/ John A. Vogt* |
| 23 | John A. Vogt<br>Attorney for Defendant iYOGI, INC. |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| Dated: December 23, 2013 | THE REIS LAW FIRM, A.P.C.<br><br>By: */s/ Benjamin H. Richman*<br>   (as authorized on 12/23/13)<br>   Benjamin H. Richman<br><br>Attorneys for Plaintiff VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated<br><br>EDELSON LLC<br>JAY EDELSON*<br>RAFEY S. BALABANIAN*<br>CHRISTOPHER DORE*<br>BENJAMIN H. RICHMAN*<br>350 North LaSalle Street,<br>Suite 1300<br>Chicago, IL 60654<br>Telephone: (312) 589-6370<br><br>LAW OFFICES OF STEFAN COLEMAN, LLC<br>STEFAN COLEMAN*<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, FL 33131<br>Telephone: (877) 333-9427<br><br>*Admitted *pro hac vice*<br><br>Attorneys for Plaintiffs |