MICHAEL G. WILLIAMS, State Bar No. 274357
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:      (650) 493-9300
Facsimile:      (650) 565-5100
Email:   mwilliams@wsgr.com

Attorneys for Defendant iYogi, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>IYOGI, INC., a New York corporation,<br><br>          Defendant. | CASE NO.:  2:13-cv-01989-WBS-CKD<br><br>**DISCLOSURE STATEMENT OF DEFENDANT iYOGI, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant iYogi, Inc. certifies, through the undersigned counsel, that it is a wholly-owned subsidiary of iYogi Limited and that no publicly held corporation owns 10% or more of its stock.

Dated:  October 24, 2013         WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation

                                 By: /s/ Michael G. Williams
                                         Michael G. Williams

                                 Attorneys for Defendant,
                                 iYogi, Inc.

-1-

DISCLOSURE STATEMENT OF DEFENDANT
iYOGI, INC.
CASE NO. 2:13-cv-01989-WBS-CKD