John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:	+1.949.851.3939
Facsimile:	+1.949.553.7539

Jayant W. Tambe*
jtambe@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:	+1.212.326.3939
Facsimile:	+1.212.755.7306

J. Todd Kennard*
jtkennard@JonesDay.com
Brandy H. Ranjan*
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone:	+1.614.469.3939
Facsimile:	+1.614.461.4198

*Admitted *pro hac vice*

Attorneys for Defendant iYOGI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**IYOGI, INC., a New York corporation,**<br><br>**Defendant.** | Case No. 2:13-cv-01989-WBS-CKD<br><br>**NOTICE OF WITHDRAWAL OF IYOGI INC.'S PARTIAL MOTION FOR DISMISSAL**<br><br>Complaint filed:  9/23/13 |

On December 18, 2013, Defendant iYogi, Inc. ("Defendant") filed its motion for partial dismissal of plaintiffs' complaint. (Doc. No. 25.) On January 9, 2014, Plaintiffs Vicki Estrada, Patricia Goodman, and Kim Williams (collectively, "Plaintiffs") filed their first amended complaint. (Doc. No. 32.) Accordingly, Defendant hereby withdraws its motion for partial dismissal of plaintiff's complaint. Defendant concedes nothing regarding the allegations or legal theories set forth in the original complaint or amended complaint, and it reserves the right to raise the arguments described in the motion to dismiss at a future time, as permitted under the Federal Rules of Civil Procedure.

Dated: January 10, 2014                    JONES DAY

                                           By: */s/ John A. Vogt*
                                               John A. Vogt
                                               Attorney for Defendant iYOGI, INC.