John A. Vogt (State Bar No. 198677)
javogt@JonesDay.com
Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:	+1.949.851.3939
Facsimile:	+1.949.553.7539

Jayant W. Tambe*
jtambe@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:	+1.212.326.3939
Facsimile:	+1.212.755.7306

J. Todd Kennard*
jtkennard@JonesDay.com
Brandy H. Ranjan*
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone:	+1.614.469.3939
Facsimile:	+1.614.461.4198

*Admitted *pro hac vice*

Attorneys for Defendant iYOGI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**IYOGI, INC., a New York corporation,**<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**ORDER ON STIPULATION RELATED TO MOTION TO DISMISS AND PRIOR ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint filed:  9/23/13 |

**ORDER**

Upon consideration of the parties' Stipulation Related to Motion to Dismiss and Order re: Status (Pretrial Scheduling) Conference, (1) the parties shall submit a joint status report no later than **March 17, 2014**, (2) the parties shall exchange the disclosures required by Rule 26 within 21 days after the Court rules on defendant's motion to dismiss, and (3) the conference scheduled for January 6, 2014 is continued to **March 31, 2014 at 2:00 p.m.**

SO ORDERED.

Dated: January 14, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE