# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Vicki Estrada, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-1989 (WBS) |
| iYogi, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Vicki Estrada, Patricia Goodman, and Kim Williams-Britt and the Putative Class  .

Date:   01/24/2014

/s/ Mark Eisen
*Attorney's signature*

Mark Eisen (SBN 289009)
*Printed name and bar number*
Edelson PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013

*Address*

meisen@edelson.com
*E-mail address*

213.533.4100
*Telephone number*

213.947.4251
*FAX number*