1  John A. Vogt (State Bar No. 198677)
   javogt@JonesDay.com
2  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
3  JONES DAY
   3161 Michelson Drive
4  Suite 800
   Irvine, CA  92612.4408
5  Telephone:    +1.949.851.3939
   Facsimile:    +1.949.553.7539
6
   Jayant W. Tambe*
7  jtambe@jonesday.com
   222 East 41st Street
8  New York, NY 10017-6702
   Telephone:    +1.212.326.3939
9  Facsimile:    +1.212.755.7306

10 J. Todd Kennard*
   jtkennard@JonesDay.com
11 Brandy H. Ranjan*
   branjan@JonesDay.com
12 JONES DAY
   325 John H. McConnell Blvd., Suite 600
13 Columbus, OH 43215
   Telephone:    +1.614.469.3939
14 Facsimile:    +1.614.461.4198

15 *Admitted *pro hac vice*

16 Attorneys for Defendant iYOGI, INC.

17
                    UNITED STATES DISTRICT COURT
18
                    EASTERN DISTRICT OF CALIFORNIA
19

20

21 | VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated, | Case No. 2:13-cv-01989-WBS-CKD |
   |---|---|
   | Plaintiff, | **STIPULATION TO EXTEND DEFENDANT IYOGI'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT** |
   | v. | |
   | IYOGI, INC., a New York corporation, | |
   | Defendant. | First Amended Complaint Filed: 1/8/14 |

27

28

1	IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

2	WHEREAS, on January 8, 2014, plaintiffs filed their First Amended Class Action
3	Complaint;

4	WHEREAS, defendant iYogi's responsive pleading to the First Amended Class Action
5	Complaint would otherwise be due Monday, January 27, 2014;

6	WHEREAS, the parties agree that iYogi shall have an additional seven (7) days to answer,
7	move, plead, or otherwise respond to the First Amended Class Action Complaint;

8	WHEREAS, the requested extension will not affect any other current dates or deadlines;

9	THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties through
10	counsel that Defendant iYogi shall have until Monday, February 3, 2014 to move, plead, or
11	otherwise respond to the First Amended Class Action Complaint.

12

13	Dated: January 24, 2014                            JONES DAY

14
                                                    By: */s/ John A. Vogt*
15	                                                    John A. Vogt
                                                        Attorney for Defendant iYOGI, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEFENDANT'S TIME
TO RESPOND
1   CASE NO. 2:13-cv-01989-WBS-CKD

| | | |
|---|---|---|
| 1 | Dated: January 24, 2014 | **VICKI ESTRADA, PATRICIA GOODMAN**, and **KIM WILLIAMS-BRITT,** individually and on behalf of all others similarly situated |

By:  /s/ *Benjamin H. Richman*
          (as authorized on 1/24/14)
     One of Plaintiffs' Attorneys

Jay Edelson (*Admitted Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (*Admitted Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*Admitted Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (*Admitted Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan L. Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427

Sean P. Reis
sreis@reisfirm.com
THE REIS LAW FIRM, A.P.C.
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.713.9440