1  John A. Vogt (State Bar No. 198677)
   javogt@JonesDay.com
2  Ann T. Rossum (State Bar No. 281236)
   atrossum@jonesday.com
3  JONES DAY
   3161 Michelson Drive
4  Suite 800
   Irvine, CA  92612.4408
5  Telephone:   +1.949.851.3939
   Facsimile:   +1.949.553.7539
6
   Attorneys for Defendant
7  iYOGI, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**ORDER On STIPULATION TO EXTEND DEFENDANT IYOGI'S Time TO ReSPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Amended Complaint Filed: 1/8/14 |

# ORDER

Upon consideration of the parties' Stipulation To Extend Defendant's Time To Respond To Plaintiffs' First Amended Class Action Complaint, Defendant iYogi, Inc.'s deadline to respond to Plaintiffs' First Amended Class Action Complaint is extended to February 3, 2014.

SO ORDERED.

Dated: January 28, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE