1  Mark Eisen (SBN – 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4521

5  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
6  Christopher L. Dore (Admitted *Pro Hac Vice*)
   cdore@edelson.com
7  Benjamin H. Richman (Admitted *Pro Hac Vice*)
   brichman@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Attorneys for Plaintiffs and the Putative Classes*

12            **UNITED STATES DISTRICT COURT**

13            **EASTERN DISTRICT OF CALIFORNIA**

14 VICKI ESTRADA, PATRICIA GOODMAN          Case No. 13-cv-01989
   and KIM WILLIAMS-BRITT individually and
15 on behalf of all others similarly situated,

16                  *Plaintiffs*,            **NOTICE OF WITHDRAWAL OF**
                                             **SEAN P. REIS AS COUNSEL OF**
17        *v.*                               **RECORD FOR PLAINTIFFS**

   IYOGI, INC., a New York corporation,
18
                  *Defendant*.
19

20

21

22

23

24

25

26

27

28

---

NOTICE OF WITHDRAWAL OF COUNSEL                      CASE NO. 13-CV-01989

1  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2       **PLEASE TAKE NOTICE THAT** Sean P. Reis hereby withdraws as local counsel of

3  record for Plaintiffs and the putative class in the above-captioned matter. Mark S. Eisen of

4  Edelson PC, an attorney in good standing with the California bar, will replace Mr. Reis as local

5  counsel of record. Attorneys Rafey S. Balabanian, Christopher L. Dore, Benjamin H. Richman,

6  Mark S. Eisen will also continue to represent Plaintiffs and the putative class in this action.

7                                        Respectfully submitted,

8  Dated:  February 26, 2014          By: /s/ Sean P. Reis       (as authorized on 02/25/14)

9

10 Dated:  February 26, 2014          By: /s/ Mark S. Eisen
                                          One of Plaintiffs' Attorneys

11                                     Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                       rbalabanian@edelson.com
12                                     Christopher L. Dore (Admitted *Pro Hac Vice*)
                                       cdore@edelson.com
13                                     Benjamin H. Richman (Admitted *Pro Hac Vice*)
                                       brichman@edelson.com
14                                     EDELSON PC
                                       350 North LaSalle Street, Suite 1300
15                                     Chicago, Illinois 60654
                                       Tel: 312.589.6370
16                                     Fax: 312.589.6378

17                                     Mark S. Eisen (SBN – 289009)
                                       meisen@edelson.com
18                                     EDELSON PC
                                       555 West Fifth Street, 31st Floor
19                                     Los Angeles, California 90013
                                       Tel: 213.533.4100
20                                     Fax: 213.947.4521

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2           I, Mark S. Eisen, an attorney, hereby certify that on February 26, 2014, I served the above
3  and foregoing *Notice of Withdrawal of Counsel* by causing a true and accurate copy of such paper
   to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing
4  system, on this the 26th day of February 2014.

5                                                        /s/ Mark S. Eisen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28