Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorney for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**STIPULATION TO EXTEND CERTAIN CASE DEADLINES TO FACILITATE SETTLEMENT PROCEEDINGS**<br><br>**Judge William B. Shubb**<br>**Magistrate Judge Carolyn K. Delaney** |

Plaintiffs Vicki Estrada, Patricia Goodman, and Kim Williams-Britt ("Plaintiffs") and Defendant iYogi, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to extend certain case deadlines by approximately ninety (90) days to facilitate settlement proceedings. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on March 19, 2014, the Court entered a Pretrial Scheduling Order that set all case deadlines through and including trial (Dkt. 42);

WHEREAS, throughout the pendency of this action, the Parties have kept the lines of communication open and explored the possibility of a resolution of this matter without the need for further protracted litigation;

WHEREAS, the Parties, as a result of their discussions, have determined to proceed with a private mediation session before The Honorable Morton Denlow (ret.) of JAMS in Chicago, Illinois, on August 18, 2014;

WHEREAS, despite their agreement to mediate, the Parties have proceeded with serving their initial disclosures, have propounded formal discovery, and have agreed to the exchange of additional information prior to the mediation;

WHEREAS, in an effort to reduce their expenditure of time and other resources and to allow them to instead focus their efforts on reaching a resolution of this matter, the Parties have conferred and agreed, subject to the Court's approval, to stipulate to an extension of certain case deadlines in this matter by approximately ninety (90) days, as set forth in the chart below:

|  | *Current Deadline* | *Stipulated Deadline* |
| --- | --- | --- |
| *Deadline to Complete Non-Expert Discovery and Notice Motions to Compel* | August 1, 2014 | December 1, 2014 |
| *Deadline for Plaintiffs to Disclose All Experts and Produce Reports Relating to Class Certification and Merits* | September 2, 2014 | December 15, 2014 |

| | | |
|---|---|---|
| Deadline for Defendant to Disclose All Experts and Produce Reports Relating to Class Certification and Merits | October 1, 2014 | January 15, 2015 |
| Deadline to Complete All Expert Discovery | November 3, 2014 | February 17, 2015 |
| Deadline for Plaintiffs to File Motion for Class Certification | December 2, 2014 | March 17, 2015 |
| Deadline for Defendant to Oppose Plaintiffs' Motion for Class Certification | January 7, 2015 | April 17, 2015 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Class Certification | January 28, 2015 | May 8, 2015 |
| Hearing on Motion for Class Certification | February 9, 2015 | May 21, 2015 |
| Deadline to File All Other Motions | May 22, 2015 | June 1, 2015 |
| Final Pretrial Conference | July 20, 2015 | July 20, 2015 |
| Trial to Begin | September 22, 2015 | September 22, 2015 |

WHEREAS, the Parties have not requested any prior extensions of the affected deadlines;

WHEREAS, based on the foregoing, good cause exists to grant the approximately ninety (90) day extension on certain case deadlines in this matter, and the Parties do not seek the relief requested herein for any improper purpose.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The Parties' new case deadlines are set forth in the chart below:

| | **New Deadline** |
|---|---|
| Deadline to Complete Non-Expert Discovery and Notice Motions to Compel | December 1, 2014 |
| Deadline for Plaintiffs to Disclose All Experts and Produce Reports Relating to Class Certification and Merits | December 15, 2014 |

| | |
|---|---|
| Deadline for Defendant to Disclose All Experts and Produce Reports Relating to Class Certification and Merits | January 15, 2015 |
| Deadline to Complete All Expert Discovery | February 17, 2015 |
| Deadline for Plaintiffs to File Motion for Class Certification | March 17, 2015 |
| Deadline for Defendant to Oppose Plaintiffs' Motion for Class Certification | April 17, 2015 |
| Deadline for Plaintiffs to File Reply in Support of Motion for Class Certification | May 8, 2015 |
| Hearing on Motion for Class Certification | May 21, 2015 |
| Deadline to File All Other Motions | June 1, 2015 |
| Final Pretrial Conference | July 20, 2015 |
| Trial to Begin | September 22, 2015 |

**IT IS SO STIPULATED.**

Respectfully submitted,

**VICKI ESTRADA, PATRICIA GOODMAN**, and **KIM WILLIAMS-BRITT** individually and on behalf of classes of similarly situated individuals,

Dated: August 4, 2014

By: /s/ Courtney C. Booth
    One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN- 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100

|   |   |   |
|---|---|---|
| 1 | | Stefan Coleman, Esq.<br>law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN, LLC<br>201 S Biscayne Boulevard, 28th Floor<br>Miami, Florida 33131<br>Tel: (877) 333-9427 |

**IYOGI, INC.**,

Dated: August 4, 2014    By: /s/ John A. Vogt  (as authorized on 8/4/2014)
                                One of its Attorneys

John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Tel: 949.851.3939
Fax: 949.553.7539

Jayant W. Tambe (Admitted *Pro Hac Vice*)
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: 212.326.3939
Fax: 212.755.7306

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, Ohio 43216-5017
Tel: 614.469.3939
Fax: 614.461.4198