Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorney for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br>*v.*<br><br>IYOGI, INC., a New York corporation,<br><br>*Defendant*. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND CERTAIN CASE DEADLINES TO FACILITATE SETTLEMENT PROCEEDINGS**<br><br>**Judge William B. Shubb**<br>**Magistrate Judge Carolyn K. Delaney** |

This matter coming before the Court on the Parties' Stipulation to Extend Certain Case Deadlines to Facilitate Settlement Proceedings, due and adequate notice having been given, and the Court being duly advised on the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The Parties' new case deadlines are set forth in the chart below:

|  | *New Deadline* |
|---|---|
| *Deadline to Complete Non-Expert Discovery and Notice Motions to Compel* | December 1, 2014 |
| *Deadline for Plaintiffs to Disclose All Experts and Produce Reports Relating to Class Certification and Merits* | December 15, 2014 |
| *Deadline for Defendant to Disclose All Experts and Produce Reports Relating to Class Certification and Merits* | January 15, 2015 |
| *Deadline to Complete All Expert Discovery* | February 17, 2015 |
| *Deadline for Plaintiffs to File Motion for Class Certification* | March 17, 2015 |
| *Deadline for Defendant to Oppose Plaintiffs' Motion for Class Certification* | April 17, 2015 |
| *Deadline for Plaintiffs to File Reply in Support of Motion for Class Certification* | May 8, 2015 |
| *Hearing on Motion for Class Certification* | May 21, 2015 |
| *Deadline to File All Other Motions* | June 1, 2015 |
| *Final Pretrial Conference* | July 20, 2015 |
| *Trial to Begin* | September 22, 2015 |

**IT IS SO ORDERED.**

Dated: August 5, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE