

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

VICKI ESTRADA, PATRICIA GOODMAN, and KIM WILLIAMS-BRITT, individually and on behalf of all others similarly situated

              Plaintiff(s),

v.

IYOGI, INC., a New York Corporation

              Defendant(s).

Case No. 2:13-cv-01989-WBS-CKD

I, <u>Aaron Healey</u>, attorney for <u>iYogi, Inc.</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | JONES DAY |
| Address: | 325 John H. McConnell Boulevard, Suite 600 |
| City: | Columbus |
| State: | Ohio      ZIP Code: 43215 |
| Voice Phone: | (614) 469-3939 |
| FAX Phone: | (614) 461-4198 |
| Internet E-mail: | ahealey@jonesday.com |
| Additional E-mail: | |
| I reside in City: | Columbus      State: Ohio |

I was admitted to practice in the Ohio Supreme Court  (court) on      May 5, 2014                              (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         John A. Vogt

Firm Name:    Jones Day

Address:      3161 Michelson Drive, Suite 800

City:         Irvine

State:        CA            ZIP Code: 92612

Voice Phone:  (949) 851-3939

FAX Phone:    (949) 553-7539

E-mail:       javogt@jonesday.com

Dated: 8/6/14                              Petitioner:  /s/ Aaron Healey

**ORDER**

IT IS SO ORDERED.

Dated:  August 7, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE