Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorney for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>*Defendant*. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**STIPULATION TO STAY PENDING CASE DEADLINES TO FACILITATE SETTLEMENT PROCEEDINGS**<br><br>**Judge William B. Shubb**<br>**Magistrate Judge Carolyn K. Delaney** |

Plaintiffs Vicki Estrada, Patricia Goodman, and Kim Williams-Britt ("Plaintiffs") and Defendant iYogi, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to stay the litigation of this matter and all pending deadlines to facilitate the Parties' ongoing discussions regarding the potential resolution of this matter. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on January 8, 2014, Plaintiffs filed their first amended class action complaint (Dkt. 32);

WHEREAS, on March 1, 2014, the Court entered a Pretrial Scheduling Order that set all case deadlines through and including trial (Dkts. 42, 48);

WHEREAS, throughout the pendency of this action, the Parties have kept the lines of communication open and explored the possibility of resolving this matter without the need for further protracted litigation;

WHEREAS, as a result of their discussions, the Parties determined to proceed with a private mediation before The Honorable Morton Denlow (ret.) of JAMS on August 28, 2014 in Chicago, Illinois;

WHEREAS, although the Parties did not reach a resolution of the case at that time, they have since been actively engaged in ongoing settlement discussions with the assistance of Judge Denlow, including exchanging additional information relevant to evaluating the potential resolution of this matter;

WHEREAS, in an effort to reduce their and the Court's expenditure of time and other resources, and to allow them to instead focus their efforts on the potential settlement of this case, the Parties have conferred and agreed, subject to the Court's approval, to stay all litigation and pending case deadlines;

WHEREAS, the Parties further propose that they submit a joint report to the Court on the status of their settlement discussions no later than January 8, 2014, at which time they will inform the Court whether a settlement has been reached, additional time is needed to complete their discussions, or if not, propose a revised schedule of case deadlines so as to proceed with the litigation;

WHEREAS, based on the foregoing, good cause exists to grant the stay of this matter, and the Parties do not seek the relief requested herein for any improper purpose.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** as follows:

1. This matter and all pending case deadlines are hereby stayed; and

2. The Parties will submit a joint report on the status of their settlement discussions to the Court no later than January 8, 2014.

**IT IS SO STIPULATED.**

Respectfully submitted,

**VICKI ESTRADA, PATRICIA GOODMAN**, and **KIM WILLIAMS-BRITT** individually and on behalf of classes of similarly situated individuals,

Dated: December 1, 2014

By: /s/ Courtney C. Booth
    One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Mark Eisen (SBN- 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100

Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: (877) 333-9427

| | |
|---|---|
| | **IYOGI, INC.**, |
| Dated: December 1, 2014 | By: /s/ J. Todd Kennard (as authorized on 12/1/2014)<br>One of its Attorneys |

John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Tel: 949.851.3939
Fax: 949.553.7539

Jayant W. Tambe (Admitted *Pro Hac Vice*)
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: 212.326.3939
Fax: 212.755.7306

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, Ohio 43216-5017
Tel: 614.469.3939
Fax: 614.461.4198