Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>*Defendant*. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**ORDER GRANTING STIPULATION TO STAY PENDING CASE DEADLINES TO FACILITATE SETTLEMENT PROCEEDINGS**<br><br>**Judge William B. Shubb**<br>**Magistrate Judge Carolyn K. Delaney** |

1   This matter coming before the Court on the Parties' Stipulation to Stay Pending Case
2   Deadlines to Facilitate Settlement Proceedings, due and adequate notice having been given, and
3   the Court being duly advised on the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. The matter and all pending case deadlines are hereby vacated and stayed.
2. The Parties will submit a joint report on the status of their settlement discussions to the Court no later than January 8, 2014.
3. A Status Conference is set for January 20, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE