# UNITED STATES DISTRICT COURT

Eastern    District of    California

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN, and KIM WILLIAMS-BRITT, individually and on of all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>iYOGI, INC., a New York corporation,<br><br>Defendant, | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br><br><br>CASE NUMBER: 2:13-cv-01989 |

Notice is hereby given that, subject to approval by the court, **Plaintiffs Vicki Estrada, Patricia Goodman, and Kim Williams-Britt** substitute
(Party (s) Name)

**Samuel M. Lasser**, State Bar No. **252754** as counsel of record in place
(Name of New Attorney)

place of    **Mark S. Eisen**                                                                                                   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | LAW OFFICE OF SAMUEL LASSER |
| Address: | 1934 Divisadero Street, San Francisco, California 94115 |
| Telephone: | 415.994.9930          Facsimile  415.776.8047 |
| E-Mail (Optional): | samlasser@hotmail.com |

I consent to the above substitution.                                          Vicki Estrada
Date:   12 / 21 / 2014                                                         /s/ Vicki Estrada
                                                                               (Signature of Party (s))

I consent to the above substitution.                                          Patricia Goodman
Date:   12 / 21 / 2014                                                         /s/ Patricia Goodman
                                                                               (Signature of Party (s))

I consent to the above substitution.                                          Kim Williams-Britt
Date:   12 / 28 / 2014                                                         /s/ Kim Williams-Britt
                                                                               (Signature of Party (s))

I consent to being substituted.                                                Mark S. Eisen
Date:   12/8/2014                                                              /s/ Mark S. Eisen
                                                                               (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     12/8/2014                              /s/ Samuel M. Lasser
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                       Judge

Doc ID: [illegible hash]