Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appearing on signature page.]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>*Defendant*. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**PARTIES' JOINT STATUS REPORT** |

Pursuant to the Court's December 4, 2014 Order (dkt. 52), the Parties submit the instant Joint Report to update the Court regarding the status of their settlement discussions. The Parties previously conducted a mediation in August 2014 with the Honorable Morton Denlow (ret.) of JAMS, and have had multiple subsequent communications with the assistance of Judge Denlow regarding possible settlement terms, including exchanges of additional information necessary to evaluate their respective positions. Further, the Parties would like to apprise the Court that given the fact that there are multiple actions currently pending and the Parties are discussing a global settlement of those actions, it is possible that a settlement will require the dismissal and re-filing of a consolidated action for purposes of a settlement. But they will, of course, inform the Court if that occurs.

In light of their ongoing discussions and in order to focus their efforts on determining whether a settlement of this matter can be reached, the Parties respectfully propose that the Court continue the current stay of this case until January 29, 2015, at which time the Parties will file an updated status report. The Parties further request that the Status Conference set for January 20, 2015 be vacated.

Respectfully submitted,

**VICKI ESTRADA, PATRICIA GOODMAN**, and **KIM WILLIAMS-BRITT** individually and on behalf of classes of similarly situated individuals,

Dated: January 8, 2015

By: /s/ Courtney C. Booth
          One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

|   |   |
|---|---|
| 1 | Samuel M. Lasser (SBN –252754) |
|   | samlasser@hotmail.com |
| 2 | LAW OFFICE OF SAMUEL LASSER |
|   | 1934 Divisadero Street |
| 3 | San Francisco, California 94115 |
|   | Tel: 415.994.9930 |
| 4 | Fax: 415.776.8047 |

Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: (877) 333-9427

**IYOGI, INC.**,

Dated: January 8, 2015         By: /s/ J. Todd Kennard (as authorized on 1/8/15)
                                       One of its Attorneys

John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Tel: 949.851.3939
Fax: 949.553.7539

Jayant W. Tambe (Admitted *Pro Hac Vice*)
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: 212.326.3939
Fax: 212.755.7306

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, Ohio 43216-5017
Tel: 614.469.3939
Fax: 614.461.4198