John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone:  949.851.3939
Facsimile:  949.553.7539

Jayant W. Tambe*
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, NY  10017.6702
Telephone:  212.326.3939
Facsimile:  212.755.7306

J. Todd Kennard*
jtkennard@JonesDay.com
Brandy H. Ranjan*
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, OH  43216-5017
Telephone:  614.469.3939
Facsimile:  614.461.4198

*Attorneys for Defendant iYogi, Inc.*
*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN, AND KIM WILLIAMS-BRITT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>Defendant. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**JOINT STATUS REPORT**<br><br>Judge:          William B. Shubb<br>Magistrate:   Carolyn D. Delaney |

1  Pursuant to the Court's Order Granting Parties' Second Joint Status Report ("Order"), the
2  parties hereby advise the Court that the parties have been unable to reach a settlement in this
3  matter despite a formal mediation and follow-up communications between the parties.  The
4  parties will submit a proposed case schedule by March 5, 2015, which is the same day when the
5  stay of this matter is currently set to expire pursuant to the Order.

Dated: March 2, 2015                    JONES DAY

                                        By: /s/ John A. Vogt
                                            John A. Vogt
                                            Attorney for Defendant iYOGI, INC.

Dated: March 2, 2015                    THE REIS LAW FIRM, A.P.C.

                                        By: /s/ Benjamin H. Richman
                                            (as authorized on 02/26/15)
                                            Benjamin H. Richman

                                        Attorneys for Plaintiff VICKI ESTRADA,
                                        PATRICIA GOODMAN and KIM WILLIAMS-
                                        BRITT individually and on behalf of all others
                                        similarly situated

                                        EDELSON LLC
                                        JAY EDELSON*
                                        RAFEY S. BALABANIAN*
                                        CHRISTOPHER DORE*
                                        BENJAMIN H. RICHMAN*
                                        350 North LaSalle Street,
                                        Suite 1300
                                        Chicago, IL 60654
                                        Telephone: (312) 5S89-6370

                                        LAW OFFICES OF STEFAN COLEMAN, LLC
                                        STEFAN COLEMAN*
                                        201 S. Biscayne Blvd., 28th Floor
                                        Miami, FL 33131
                                        Telephone: (877) 333-9427

                                        *Admitted pro hac vice

                                        Attorneys for Plaintiffs