John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone: 949.851.3939
Facsimile: 949.553.7539

Jayant W. Tambe*
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone: 212.326.3939
Facsimile: 212.755.7306

J. Todd Kennard*
jtkennard@JonesDay.com
Brandy H. Ranjan*
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
Telephone: 614.469.3939
Facsimile: 614.461.4198

*Attorneys for Defendant*
*iYogi, Inc.*

*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vicki Estrada, Patricia Goodman, and Kim Williams-Britt, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>iYogi, Inc., a New York corporation,<br><br>Defendant. | **Case No. 2:13-cv-01989-WBS-CKD**<br><br>**NOTICE OF SETTLEMENT IN PRINCIPAL**<br><br>**Judge: William B. Shubb**<br>**Magistrate: Carolyn D. Delaney** |

**NOTICE OF SETTLEMENT IN PRINCIPAL**

| | | |
|---|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** the parties hereby jointly report that the parties have | |
| 2 | reached a settlement agreement in principal. The parties are in the process of documenting the | |
| 3 | settlement and obtaining written confirmation of approval and documentation relevant to the | |
| 4 | settlement. In order to minimize unnecessary expenses, the parties jointly respectfully request all | |
| 5 | case deadlines be stayed. The parties propose that they report back to the Court within seven days | |
| 6 | of the date of this filing. | |
| 7 | Dated: July 9, 2015 | JONES DAY |
| 8 | | |
| 9 | | By: */s/ John A. Vogt* |
| 10 | | John A. Vogt
Attorney for Defendant iYOGI, INC. |
| 11 | Dated: July 9, 2015 | THE REIS LAW FIRM, A.P.C. |
| 12 | | |
| 13 | | By: */s/ Benjamin H. Richman (as authorized on 7/9/15)* |
| 14 | | Benjamin H. Richman |
| 15-16 | | Attorneys for Plaintiff VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated |
| 17-21 | | EDELSON LLC
JAY EDELSON*
RAFEY S. BALABANIAN*
CHRISTOPHER DORE*
BENJAMIN H. RICHMAN*
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: (312) 5S89-6370 |
| 22-24 | | LAW OFFICES OF STEFAN COLEMAN, LLC
STEFAN COLEMAN*
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427 |
| 25 | | *Admitted *pro hac vice* |
| 26 | | Attorneys for Plaintiffs |
| 27 | | |
| 28 | | |