John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone: 949.851.3939
Facsimile: 949.553.7539

Jayant W. Tambe*
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone: 212.326.3939
Facsimile: 212.755.7306

J. Todd Kennard*
jtkennard@JonesDay.com
Brandy H. Ranjan*
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
Telephone: 614.469.3939
Facsimile: 614.461.4198

*Attorneys for Defendant
iYogi, Inc.*

*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vicki Estrada, Patricia Goodman, and Kim Williams-Britt, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>iYogi, Inc., a New York corporation,<br><br>Defendant. | **Case No. 2:13-cv-01989-WBS-CKD**<br><br>**ORDER REGARDING NOTICE OF SETTLEMENT IN PRINCIPAL**<br><br>**Judge:        William B. Shubb**<br>**Magistrate:   Carolyn D. Delaney** |

**[PROPOSED] ORDER RE NOTICE OF SETTLEMENT IN PRINCIPAL**

**[PROPOSED] ORDER**

Upon consideration of the parties' Notice of Settlement in Principal, and for good cause shown, the Court hereby orders:

1. All deadlines in this action are stayed as of the date of the parties' filed notice of settlement in principal.
2. The parties will file a joint status report with the Court on or before July 16, 2015 regarding the status of the parties' resolution of this action .

IT IS SO ORDERED.

Dated: July 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -
**[PROPOSED] ORDER RE NOTICE OF SETTLEMENT IN PRINCIPAL**