Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appearing on signature page.]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated, | Case No. 2:13-cv-01989-WBS-CKD |
| | **PARTIES' JOINT STATUS REPORT** |
| *Plaintiffs,* | |
| v. | |
| IYOGI, INC., a New York corporation, | |
| *Defendant.* | |

In accordance with the Court's July 15, 2015 Order, the parties report that they are in the process of documenting their settlement in principle. Defendant has received certain necessary approvals for the settlement, and the parties have exchanged advanced settlement agreement drafts and are preparing related documents, including a necessary escrow agreement. The parties request that they be permitted to provide an additional update to the Court on or before July 27, 2015.

Respectfully submitted,

**VICKI ESTRADA, PATRICIA GOODMAN**, and **KIM WILLIAMS-BRITT** individually and on behalf of classes of similarly situated individuals,

Dated: July 16, 2015

By: /s/ Courtney C. Booth
One of Plaintiffs' Attorneys

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Samuel M. Lasser (SBN –252754)
samlasser@hotmail.com
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: (877) 333-9427

**IYOGI, INC.,**

Dated: July 16, 2015

By: /s/ J. Todd Kennard (as authorized on 7/16/15)
One of its Attorneys

John A. Vogt
javogt@JonesDay.com
Ann T. Rossum
atrossum@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Tel: 949.851.3939
Fax: 949.553.7539

Jayant W. Tambe (Admitted *Pro Hac Vice*)
jtambe@JonesDay.com
JONES DAY
222 East 41st Street
New York, New York 10017-6702
Tel: 212.326.3939
Fax: 212.755.7306

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
P.O. Box 165017
Columbus, Ohio 43216-5017
Tel: 614.469.3939
Fax: 614.461.4198