1  John A. Vogt
   javogt@JonesDay.com
2  Ann T. Rossum
   atrossum@JonesDay.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA 92612-4408
   Telephone: 949.851.3939
5  Facsimile: 949.553.7539

6  Jayant W. Tambe*
   jtambe@JonesDay.com
7  JONES DAY
   222 East 41st Street
8  New York, NY 10017.6702
   Telephone: 212.326.3939
9  Facsimile: 212.755.7306

10 J. Todd Kennard*
   jtkennard@JonesDay.com
11 Brandy H. Ranjan*
   branjan@JonesDay.com
12 JONES DAY
   325 John H. McConnell Blvd., Suite 600
13 P.O. Box 165017
   Columbus, OH 43216-5017
14 Telephone: 614.469.3939
   Facsimile: 614.461.4198

*Attorneys for Defendant*
*iYogi, Inc.*

*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vicki Estrada, Patricia Goodman, and Kim Williams-Britt, individually and on behalf of all others similarly situated, | **Case No. 2:13-cv-01989-WBS-CKD** |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | **Judge:** William B. Shubb |
| iYogi, Inc., a New York corporation, | **Magistrate:** Carolyn D. Delaney |
| Defendant. | |

**JOINT STATUS REPORT**

| | |
|---|---|
| 1 | In accordance with the proposal in their joint status report (*see* dkt. 66), the Parties report |
| 2 | that they have continued their efforts to document their settlement in principle.  Since the filing of |
| 3 | the Parties' last status report, iYogi has communicated with a third-party settlement administrator |
| 4 | and Plaintiffs have circulated a final version of the proposed agreement under which they would |
| 5 | be willing to resolve this matter.  iYogi is in the process of reviewing Plaintiffs' final version of |
| 6 | the agreement.  Plaintiffs have requested that the Parties execute the agreement (or not) no later |
| 7 | than Wednesday, July 29, 2015. |
| 8 | In light of the foregoing, the Parties respectfully request that they be permitted to inform |
| 9 | the Court no later than Thursday, July 30, 2015, whether they have finalized and executed their |
| 10 | settlement agreement. |

Dated: July 27, 2015

JONES DAY

By: */s/ John A. Vogt*
John A. Vogt
Attorney for Defendant iYOGI, INC.

| | | |
|---|---|---|
| Dated: July 27, 2015 | | THE REIS LAW FIRM, A.P.C. |

By: */s/ Benjamin H. Richman* (as authorized on 7/27/2015)
Benjamin H. Richman

Attorneys for Plaintiff VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated

EDELSON LLC
JAY EDELSON*
RAFEY S. BALABANIAN*
CHRISTOPHER DORE*
BENJAMIN H. RICHMAN*
350 North LaSalle Street,
Suite 1300
Chicago, IL 60654
Telephone: (312) 5S89-6370

LAW OFFICES OF STEFAN COLEMAN, LLC
STEFAN COLEMAN*
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427

*Admitted *pro hac vice*

Attorneys for Plaintiffs