1  John A. Vogt
   javogt@JonesDay.com
2  Ann T. Rossum
   atrossum@JonesDay.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA 92612-4408
   Telephone:  949.851.3939
5  Facsimile:  949.553.7539

6  Jayant W. Tambe*
   jtambe@JonesDay.com
7  JONES DAY
   222 East 41st Street
8  New York, NY  10017.6702
   Telephone:  212.326.3939
9  Facsimile:  212.755.7306

10 J. Todd Kennard*
   jtkennard@JonesDay.com
11 Brandy H. Ranjan*
   branjan@JonesDay.com
12 JONES DAY
   325 John H. McConnell Blvd., Suite 600
13 P.O. Box 165017
   Columbus, OH  43216-5017
14 Telephone:  614.469.3939
   Facsimile:  614.461.4198

15

16 *Attorneys for Defendant*
   *iYogi, Inc.*

17 *Admitted pro hac vice*

18                    **UNITED STATES DISTRICT COURT**

19                    **EASTERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  Vicki Estrada, Patricia Goodman, and Kim Williams-Britt, individually and on behalf of all others similarly situated, | **Case No. 2:13-cv-01989-WBS-CKD** |
| 22 | **ORDER REGARDING JOINT STATUS REPORT** |
| 23          Plaintiffs, | |
| 24     v. | **Judge:      William B. Shubb**<br>**Magistrate:  Carolyn D. Delaney** |
| 25  iYogi, Inc., a New York corporation, | |
| 26          Defendant. | |

27

28

**[PROPOSED] ORDER RE JOINT STATUS REPORT**

**ORDER**

Upon consideration of the parties' July 27, 2015 Joint Status Report, and for good cause shown, the parties shall report to the Court on or before July 30, 2015 regarding the status of the parties' resolution of this action.

IT IS SO ORDERED.

Dated: July 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE