Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Classes*

J. Todd Kennard (Admitted *Pro Hac Vice*)
jtkennard@JonesDay.com
Brandy H. Ranjan (Admitted *Pro Hac Vice*)
branjan@JonesDay.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel: 614.469.3939
Fax: 614.461.4198

*Attorneys for Defendant*

[Additional counsel appearing on signature page.]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>IYOGI, INC., a New York corporation,<br><br>*Defendant*. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**ORDER REGARDING JOINT STATUS REPORT AND NOTICE OF PROPOSED CLASS ACTION SETTLEMENT** |

1   Upon consideration of the Parties' Joint Status Report and Notice of Proposed Class
2 Action Settlement, and for good cause shown, the Court hereby orders:
3   1. Plaintiff shall file a motion for preliminary approval on or before <u>August 14, 2015</u>.
4   2. All deadlines in this action shall remain stayed pending the Court's consideration
5 of the Parties' proposed class action settlement.
6
7   IT IS SO ORDERED.
8 Dated: August 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE