Samuel Lasser (SBN – 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney C. Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI ESTRADA, PATRICIA GOODMAN and KIM WILLIAMS-BRITT individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br> v.<br><br>IYOGI, INC., a New York corporation,<br><br>   *Defendant*. | Case No. 2:13-cv-01989-WBS-CKD<br><br>**ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge William B. Shubb<br>Magistrate Judge Carolyn K. Delaney |

1  This matter coming before the Court on the Parties' Stipulation to Extend Deadline to File Motion for Preliminary Approval, due and adequate notice having been given, and the Court being duly advised on the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiffs shall file their motion for preliminary approval of the parties' proposed class action settlement no later than August 21, 2015.

Dated: August 17, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE