## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**VICKI ESTRADA, ET AL.,**

CASE NO: **2:13−CV−01989−WBS−CKD**

v.

**IYOGI, INC.,**

<u>**XX**</u> −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/26/16**

**Marianne Matherly**
Clerk of Court

ENTERED: **January 26, 2016**

by: /s/ R. Becknal
Deputy Clerk